UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

GEORGE PAGAN,

              Defendant.

**ORDER**

19 Cr. 320 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for **November 20, 2019** is adjourned to **December 5, 2019 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Attorney Thomas John Wright, and with the consent of George Pagan, by and through his counsel, it is hereby ORDERED that the time from November 20, 2019 through December 5, 2019 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will allow the parties time to continue discussions regarding the Defendant's mitigation submission.

Dated: New York, New York
       November 19, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge