UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GEORGE PAGAN, a/k/a "tony,"

Defendant.

**ORDER**

19 Cr. 320 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a conference will take place on **March 9, 2020 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
February 22, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge