UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

GEORGE PAGAN,

              Defendant.

**ORDER**

19 Cr. 320 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing of the Defendant, scheduled for July 15, 2020, will now take place on **September 4, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due by August 14, 2020, and any submission by the Government is due by August 21, 2020.

Dated:  New York, New York
         May 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge