

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA        :

                                       :        19 CR 320 (PGG)

  - v. -

                                       :        ORDER

GEORGE PAGAN

       Defendant
                                       :
-------------------------------------------------------x

      It is hereby ORDERED that Empire State Forensics, shall conduct a psychosexual evaluation of the above defendant.

      SO ORDERED,

Dated: New York, New York
       May 15, 2020

                                                           _____
                                                           Honorable Paul G. Gardephe
                                                          U.S. District Judge