# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 11, 2020

**MEMO ENDORSED**

The sentencing scheduled for October 9, 2020 is adjourned to October 23, 2020 at 4:00 P.M. Defendant's sentencing submission is due on October 12, 2020, and the Government's submission is due on October 16, 2020.

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
September 15, 2020

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   United States v. George Pagan
      19 CR. 320 (PGG)

Dear Judge Gardephe:

      We write to respectfully request an adjournment of Mr. Pagan's October 9, 2020, sentencing hearing. As of the filing of this letter, neither the presentence report nor the psychosexual evaluation has been completed in this matter. We respectfully request an adjournment of at least sixty days to provide the defense with sufficient time to review both reports once completed and, if necessary, engage an expert to write a response to Probation's psychosexual evaluation of Mr. Pagan. The government has not yet responded to a request for its position on this adjournment.

Respectfully submitted,
/s/
Zawadi Baharanyi
Ian Marcus Amelkin
Assistant Federal Defenders
212-417-8735(o)/917-612-2753(c)

cc: AUSA Thomas Wright (by ECF)