UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

GEORGE PAGAN

Defendant.

**ORDER**

19 Cr. 320 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 19, 2020;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

      WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
          October 30, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge