UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

                             1:19-CR-320-(PGG)

       - against

                              ORDER

– George Pagan

         Defendant

-------------------------------------------------------x


      It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Kenneth Lau, LCSW-R  P.C., Director of Empire State Forensics, d/b/a Fortune Building in the amount of $4,000, for professional services rendered in connection with the above captioned case.


      SO ORDERED,

      Dated:
      December 22, 2020

                              _____
                              Honorable Paul G. Gardephe
                              U.S. District Judge

# Empire State Forensics, LCSW P.C.

**Fortune Building**
280 North Central Ave, Suite 40
Hartsdale, New York 10530
(914) 367-3370

| # INVOICE |
|---|

**Date Submitted:** October 9, 2020

**Re:  George Pagan**

**Date Seen**: May 29, June 5, 12, 26 and August 14, 2020

**Location:** Empire State Forensics Offices

**Type of Assessment/Evaluation:**

   Adult Sexual Offense Risk Evaluation Psychosexual Assessment

**Completed By:**  Shoshanna Must, PH.D.

**Payment Information:**

   Total Cost of Assessment/Evaluation   **$ 4,000.00**

Please make check **payable** to: **Empire State Forensics**
Please send check to: **280 North Central Ave.  Suite 40**
     **Hartsdale, New York 10530**
     **Att: Kenneth J. Lau, LCSW**

*Kenneth J. Lau, LCSW*
**EIN #:**  82-2916796